# UNITED STATES DISTRICT COURT
## DISTRICT OF EASTERN PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILTY LITIGATION | Civil Action No. 2:01- md-00875 ER |
| This document relates to: | |
| JOYCE BATCHELDER, ET AL | 2:10-cv-80832 ER |
| V. | |
| AIR & LIQUID SYSTEMS CORP., ET AL: | FEBRUARY 16, 2011 |

FILED
MAR 11 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

The Court, having considered the Plaintiff's Motion and Order of Dismissal is hereby granted/~~denied~~.

03/10/11

_____
Eduardo C. Robreno, J.